IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-MJ-01994-RN

**United States of America**,

v.

**Jermaine Norfleet,**

Defendant.

**Order**

This matter comes before the court upon a notice filed by the Defendant Jermaine Norfleet. D.E. 21. The submission asserts that the Government and the Defendant have reached an agreement to resolve the case. *Id*. So Norfleet seeks to forego trial and enter a plea. *Id*.

The court construes the notice as a motion to schedule a change of plea hearing. For good cause shown, the court grants the motion (D.E. 21) and sets the matter for change of plea hearing.

Norfleet shall appear in person at the Raleigh Duty Court session in **Raleigh, North Carolina on Friday, September 18, 2026, at 10:00 a.m.** for a change of plea hearing. Failure to appear at that session may result in the issuance of an arrest warrant for the Norfleet.

Until this matter is formally resolved, the jury trial set for Monday, September 28, 2026, remains on the calendar.

The court finds that the ends of justice served by allowing the Defendant an opportunity to change his plea outweigh the best interests of the defendant and the public in a speedy trial. Accordingly, any delay resulting from this order is excluded from the speedy trial computation under 18 U.S.C. § 3161.

Dated: September 14, 2026.

Robert T Numbers II

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE